UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

THEODORE STEVENS,

Petitioner,

v.

JOHN HENLEY, *et al.*,

Respondents.

Case No. 3:26-cv-00519-MMD-CSD

ORDER

Pro se Petitioner Theodore Stevens filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1-1) and paid the filing fee (ECF No. 4). This matter is before the Court for initial review under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. Stevens's petition is not on the proper form, and it is unsigned, unverified, fails to disclose required information, and invokes 28 U.S.C. § 2241. Because Stevens is in custody under a state court judgment of conviction, the only proper basis for his claims is 28 U.S.C. § 2254. *See White v. Lambert*, 370 F.3d 1002, 1005-07 (9th Cir. 2004), *overruled on other grounds by Hayward v. Marshall*, 603 F.3d 546, 555 (9th Cir. 2010) (en banc). Stevens must therefore file an amended petition on the proper form.

It is therefore ordered that Petitioner Theodore Stevens has through September 11, 2026, to file an amended petition on the § 2254 form.

It is further ordered that the Clerk of Court will send Stevens two blank copies of the form and instructions for 28 U.S.C. § 2254 petitions.

DATED THIS 6th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE